**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 07-1772**

─────────────

ESTHER FOSTER,

              Plaintiff - Appellant,

       v.

RENFRO CORPORATION,

              Defendant - Appellee.

─────────────

**No. 08-1193**

─────────────

ESTHER FOSTER,

              Plaintiff - Appellant,

       v.

RENFRO CORPORATION,

              Defendant - Appellee.

─────────────

Appeals from the United States District Court for the District of
South Carolina, at Spartanburg.  Henry F. Floyd, District Judge;
Bruce H. Hendricks, Magistrate Judge.  (7:07-cv-00124-HFF)

─────────────

Submitted:  April 24, 2008          Decided:  April 28, 2008

─────────────

Before KING and SHEDD, Circuit Judges, and WILKINS, Senior Circuit
Judge.

---

Affirmed by unpublished per curiam opinion.

---

Esther Foster, Appellant Pro Se.  Cara Yates Crotty, CONSTANGY, BROOKS & SMITH, Columbia, South Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Esther Foster appeals the district court's denial of her motions to remand and to appoint counsel and the court's order accepting the recommendation of the magistrate judge and dismissing her civil complaint under Fed. R. Civ. P. 41(b). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Foster v. Renfro Corp., No. 7:07-cv-00124-HFF (D.S.C. May 2, 2007; Jan. 29, 2008). We deny Foster's motion to appoint counsel and deny as moot Renfro Corporation's motion to dismiss. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED